JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN WILLIAMS, | SA CV 20-1133 PA (DFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL CARDON, et al., | |
| Defendants. | |

Pursuant to the Court's November 10, 2020 Order dismissing this action for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: November 10, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE